Before State Industrial Board, Respondent. Salvatore Raffaele, Claimant, Respondent, v. General Electric Company, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Isabel R. Smith, Claimant, Respondent, v. William Hengerer Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Pauline Gelb, Claimant, Respondent, v. Mizrach Wine Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Lottie M. Slater, Claimant, Respondent, v. New York and Pennsylvania Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before State Industrial Board, Respondent. Mary K. Thompson, Claimant, Respondent, v. Eastern Mines Development Company and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.